JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAL DAHAN, | Case No. 2:24-cv-07279 AB(SSCx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION, as to DEFENDANT BARCLAYS BANK DELAWARE only** |
| v. | |
| BARCLAYS BANK DELAWARE, DISCOVER BANK, et al | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action, as to Defendant Barclays Bank Delaware only, is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 16, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.